IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE No: 1:24CR05-AW/ML

CHUCKEY LEE ROGERS, JR.

_____/

## STATEMENT OF FACTS

The following Statement of Facts is entered into by and between Chuckey Lee Rogers, Jr., as Defendant, Assistant Federal Public Defender Darren Johnson as attorney for Defendant, and the United States Attorney for the Northern District of Florida:

On January 4, 2023, the Levy County Sheriff's Office (LCSO) Criminal Investigation Division received a Cyber Tip, or investigative lead, from the National Center for Missing and Exploited Children (NCMEC) Internet Crimes against Children (ICAC). The Cyber Tip indicated that known images of child pornography had been shared on June 24, 2022, by a subject using a Verizon Inc. cellular number listed as (386)972-XXX. Utilizing various law enforcement investigative techniques, the cellular telephone number subscriber was verified as Chuckey Lee Rogers, Jr. with an address in Chiefland, Florida.

On September 3, 2023, an audit of NCMEC Cyber Tips revealed that between December 2022 through August 2023, thirteen (13) Cyber Tips had been submitted that were associated with the same cell phone number and account.

On October 3, 2023, an LCSO detective obtained a search warrant for Roger's residence in Chiefland, Florida. On October 17, 2023, LCSO detectives executed the warrant. Chuckey Lee Rogers, Jr. was present at his residence and found to be in possession of a cell phone with the same number associated with the Cyber Tips. The phone is a Samsung SM-S908U (Galaxy S22 Ultra) manufactured in Vietnam, Samsung's central manufacturing hub.

After being advised of his *Miranda* rights, Rogers waived those rights and agreed to be interviewed. His interview was audio recorded. Rogers gave a statement in which he admitted to using his phone to receive, review, and possess images of child pornography over a period of months.

Forensic examination of Roger's cell phone revealed the phone contains hundreds of images and videos depicting child pornography, or actual children engaged in sexually explicit conduct. These images include sadistic abuse of children, infants and toddlers engaged in sexually explicit conduct, and bestiality involving children. The Yandex Internet browser had been used to search for child pornography, known child pornography sites had been bookmarked, and

child pornography images remained in a download folder. The earliest creation date for an image of child pornography received onto the phone is November 18, 2022.

## FORFEITURE

The Samsung model SM-S908U with IMEI 35421498241662 device described above contains child pornography, which was produced, transported, mailed, shipped or received in violation of Title 18, or were used to promote, or were intended to promote the commission of the offense under Title 18, United States Code § 2252A.

## ELEMENTS

### Receipt of Child Pornography – 18 U.S.C. § 2252A(a)(2)

(1) Defendant knowingly received an item of child pornography,

(2) The item of child pornography was received using any means or facility of interstate or foreign commerce, and

(3) Defendant believed the item contained child pornography.

_____  
DARREN JOHNSON  
Attorney for Defendant

6/25/2024  
Date

_____  
CHUCKEY LEE ROGERS, JR.  
Defendant

6/25/2024  
Date

JASON R. COODY  
United States Attorney

for _____ FL BAR 0105777  
MEREDITH L. STEER  
South Carolina Bar No. 105392  
Assistant United States Attorney  
Northern District of Florida  
111 N. Adams Street, Fourth Floor  
Tallahassee, FL 32301  
850-942-8430  
meredith.steer@usdoj.gov

6/25/2024  
Date